# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANDREW PROFFITT**                                                        **PLAINTIFF**

**v.**             **CASE NO. 3:15CV00399 BSM**

**CITY OF WEST MEMPHIS, et al.**                                **DEFENDANTS**

## ORDER

Defendants' motion to compel [Doc. No. 25] is granted. Plaintiff Andrew Proffitt has fourteen days to provide full responses to defendants' discovery requests or face dismissal of his case.

IT IS SO ORDERED this 26th day of January 2017.

_____
UNITED STATES DISTRICT JUDGE