IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW PROFITT                                                                PLAINTIFF

v.                         CASE NO. 3:15-CV-00399 BSM

THE CITY OF WEST MEMPHIS;
DONALD OAKES; JASON KENNEDY;
MICHAEL LEE; JAMES MARSHALL II;
and DARRYN RICHARDSON                                                DEFENDANTS

## ORDER

The parties' joint motion to dismiss [Doc. No. 51] is granted, all pending motions are denied as moot and the case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE